IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| H.C. <br> and parent Michelle Cassidy, <br><br> Plaintiff(s), <br><br> vs. <br><br> ABBOTT LABORATORIES, INC., <br><br> Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) CIVIL NO. 13-325-SCW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

# ORDER OF DISMISSAL

Before the Court is Plaintiff's Motion for Voluntary Dismissal with Prejudice (Doc. 41), the Court being fully advised in the premises, and pursuant to Federal Rules of Civil Procedure Rule 41, hereby dismisses all claims in this action with prejudice.

The Clerk of Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

**Dated July 12, 2013**

s//Stephen C. Williams
**STEPHEN C. WILLIAMS
UNITED STATES MAGISTRATE JUDGE**