IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| H.C. and parent Michelle Cassidy ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO.   13-325-SCW |
| ) | |
| ABBOTT LABORATORIES, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice in according with Order entered on July 12, 2013 by United States Magistrate Judge Stephen C. Williams (Doc. 53)

**DATED** this 12th Day of July, 2013

                                                **NANCY J. ROSENSTENGEL CLERK**

                                                **BY: s// Angela Vehlewald**
                                                             **Deputy Clerk**

**Approved by**     **s// Stephen C. Williams**
                  **STEPHEN C. WILLIAMS**
            **UNITED STATES MAGISTRATE JUDGE**